## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAVID W. YURKOVICH,                         **Bankruptcy No. 16-23164-GLT**

Debtor.                              **Chapter 11**

DAVID W. YURKOVICH                          **Related to Doc. Nos.: 113,125,127**

Movant.                              **Document No.**

Vs.

**UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE,**

Respondent.

### CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney hereby

certify, that on the 6th_ day of November, 2017, a true and correct copy of the **MODIFIED**

**ORDER** upon the following *(via first class mail)*:

Office of the U.S. Trustee
1001 Liberty Avenue
Suite 970, Liberty Center
Pittsburgh, PA 15222

Jill L. Locnikar
Assistant U.S. Attorney
Civil Division
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
jill.locnikar@usdoj.gov

Date: November 6, 2017

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com