# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| DAVID W. YURKOVICH, | Bankruptcy No. 16-23164-GLT |
| Debtor. | Chapter 11 |
| DAVID W. YURKOVICH, | Related to Doc. No.: 118, 119, 120 |
| Movant, | Document No. |
| vs. | |
| NO RESPONDENT. | Hearing Date & Time: November 30, 2017 at 10:00 a.m. |

## CERTIFICATE OF NO OBJECTION REGARDING
## MOTION TO ALLOW LATE SUBMITTED BALLOT

Robert O Lampl, Counsel for the Debtor, hereby certifies that:

1. The Motion to Allow Late Submitted Ballot was filed with the Bankruptcy Court on October 24, 2017 at Document No. 118.

2. The Objection Deadline of November 13, 2017 has passed and no objections or responses appear on the docket or were served on Robert O Lampl or anyone from Robert O Lampl Law Office.

Respectfully Submitted,

Dated: November 16, 2017

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
960 Penn Avenue, Suite 1200
Counsel for the Debtor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com