IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAVID W. YURKOVICH,                    Bankruptcy No. 16-23164-GLT

      Debtor.                              Chapter 11

                              Document No.

MONTHLY OPERATING REPORT OF DEBTOR
FOR THE PERIOD OCTOBER 1, 2017 – OCTOBER 31, 2017

                                            ROBERT O LAMPL
                                            PA I.D. #19809
                                            JOHN P. LACHER
                                            PA I.D. #62297
                                            DAVID L. FUCHS
                                            PA I.D. #205694
                                            RYAN J. COONEY
                                            PA I.D. #319213
                                            SY O. LAMPL
                                            PA I.D. # 324741
                                            Counsel for the Debtor
                                            223 Fourth Avenue, 4th Floor
                                            Pittsburgh, PA  15222
                                            (412) 392-0330 (phone)
                                            (412) 392-0335 (facsimile)
                                            Email:  rlampl@lampllaw.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Yurkovich, David W.

Case No. 16-23164-GLT

Reporting Period: October 2017

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    11-21-2017
Signature of Debtor          Date

_____    _____
Signature of Joint Debtor    Date

_____    _____
Signature of Preparer        Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Yurkovich, David W.  
Debtor

Case No. 16-23164-GLT  
Reporting Period: October 2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actuals | Cumulative Filing to Date Actuals |
|---|---|---|
| Cash - Beginning of Month | 1167.81 | 7947.28 |
| **RECEIPTS** | | |
| Wages (Net) | 1522.60 | 19356.47 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 1522.60 | 19356.47 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 600 | 8200 |
| Other Secured Note Payments | | |
| Utilities | 250 | 2935 |
| Insurance | 238.37 | 2837.50 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 317.95 |
| Medical Expenses | | |
| Household Expenses | 150 | 2725 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 153.96 |
| Travel and Entertainment | 131.59 | 1251.59 |
| Gifts | | |
| Other (attach schedule) Ley Law 1 | 99.95 | 1869.56 |
| **Total Ordinary Disbursements** | 1469.91 | 20290.56 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | 649.64 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 649.64 |
| **Total Disbursements (Ordinary + Reorganization)** | 1469.91 | 22410.11 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 52.69 | 5365.81 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 1774.25 | 9371.42 |

FORM MOR-1(INDV)  
(9/99)

Yurkovich, David W.  
    Debtor

Case No. 16-23164-GLT  
Reporting Period: October 2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

Yurkovich, David W.  
        Debtor

Case No. 16-23164-GLT  
Reporting Period: October 2017

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | 237.60 | | Oct 17 | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: SS & med | | 153 | | Oct 17 | | |
| Total Federal Taxes | | 390.60 | | Oct 17 | | |
| **State and Local** | | | | | | |
| Withholding | | 61.40 | | Oct 17 | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | 1.40 | | Oct 17 | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: City | | 20.00 | | Oct 17 | | |
| Total State and Local | | 82.80 | | | | |
| Total Taxes | | 473.40 | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(9/99)

Yurkovich, David W.  
    Debtor

Case No. 16-23164-GLT  
Reporting Period: October 2017

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5  
(9/99)

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



DAVID W YURKOVICH
180 GRANDVIEW WAY
CHARLEROI PA 15022-1106

*Have a Question or Concern?*

Stop by your nearest    Customer
Huntington office or    Information
contact us at:          Privacy Notice

1-800-480-BANK (2265)

www.huntington.com

## *Asterisk-Free Checking Account*                    *Accoun*

Statement Activity From:
10/06/17 to 11/06/17

| | |
|---|---:|
| **Beginning Balance** | $1,167.81 |
| Credits (+) | 1,522.60 |
| Debits (-) | 916.16 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$1,774.25** |
| Average Balance | 1,516.95 |
| Low Balance | 878.02 |

## *Deposit / Credit Activity (+)*                    *Accoun*

| Date | Description | Amount |
|---|---|---:|
| 10/16 | MOBILE CHECK DEPOSIT | 380.65 |
| 10/16 | MOBILE CHECK DEPOSIT | 380.65 |
| 10/20 | MOBILE CHECK DEPOSIT | 380.65 |
| 10/30 | MOBILE CHECK DEPOSIT | 380.65 |

## *Debit Card / POS Activity (-)*                    *Account.*

| Date | Description | Amount |
|---|---|---:|
| 10/10 | PURCHASE THE MON VALLEY INDEPEN THE MON VALLEY INDEPEN 7249714812 PA 5175458101264255 | 17.00 |
| 10/10 | PURCHASE BATH & BODY WORKS BATH & BODY WORKS WEST MIFFLIN PA 5175458101264255 | 41.73 |
| 10/10 | PURCHASE DOLLAR GENERAL DOLLAR GENERAL BELLE VERNON PA 5175458101264255 | 54.57 |
| 10/10 | PURCHASE LEXINGTON LAW 8003418 LEXINGTON LAW 8003418 800-3418441 UT 5175458101264255 | 99.95 |
| 10/19 | PURCHASE THE WASHINGTON BREWING THE WASHINGTON BREWING WASHINGTON PA 5175458101264255 | 54.00 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ● and Huntington ● are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method.   ©2017 Huntington Bancshares Incorporated.
Online Statement Period from 10/06/17 to 11/06/17   Page 1 of 3



## Debit Card / POS Activity (-)     Account: 02101111087

| Date | Description | Amount |
|---|---|---|
| 10/20 | PURCHASE BIZ WASH 2 INC BIZ WASH 2 INC BELLE VERNON PA 5175458101264255 | 15.00 |
| 10/23 | PURCHASE PET SUPPLIES PLUS 220 PET SUPPLIES PLUS 220 BELLE VERNON PA 5175458101264255 | 90.99 |
| 10/23 | PURCHASE SPIRIT AIRLINES ONBOAR SPIRIT AIRLINES ONBOAR IRVING TX 5175458101264255 | 3.00 |
| 10/24 | PURCHASE SPIRIT AIRLINES ONBOAR SPIRIT AIRLINES ONBOAR IRVING TX 5175458101264255 | 38.00 |
| 10/26 | PURCHASE GEICO *AUTO GEICO *AUTO 800-841-3000 DC 5175458101264255 | 238.37 |
| 10/30 | PURCHASE SPIRIT AIRLINES ONBOAR SPIRIT AIRLINES ONBOAR IRVING TX 5175458101264255 | 16.00 |
| 11/06 | PURCHASE SPIRIT AIRLINES ONBOAR SPIRIT AIRLINES ONBOAR IRVING TX 5175458101264255 | 10.00 |

## Other Withdrawal / Debit Activity (-)     Acco·

| Date | Description | Amount |
|---|---|---|
| 10/06 | PAYPAL INST XFER 171005 LINKEDIN | 63.59 |
| 10/13 | PAYPAL INST XFER 171011 YAHOO | 12.95 |
| 10/19 | PAYPAL INST XFER 171017 UBER | 13.46 |
| 10/31 | PAYPAL INST XFER 171030 NETFLIX.COM | 10.59 |
| 10/31 | H2HWEARINC IAT PAYPAL 1001934581262 | 73.37 |
| 11/06 | PAYPAL INST XFER 171105 LINKEDIN | 63.59 |

## Asterisk-Free Checking Balance Activity     Account  1111087

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/05 | 1,167.81 | 10/19 | 1,571.86 | 10/30 | 1,931.80 |
| 10/06 | 1,104.22 | 10/20 | 1,937.51 | 10/31 | 1,847.84 |
| 10/10 | 890.97 | 10/23 | 1,843.52 | 11/06 | 1,774.25 |
| 10/13 | 878.02 | 10/24 | 1,805.52 | | |
| 10/16 | 1,639.32 | 10/26 | 1,567.15 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAVID W. YURKOVICH,    Bankruptcy No. 16-23164-GLT

Debtor.    Chapter 11

Document No.

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl hereby certify, that on the 21st day of November, 2017, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: November 21, 2017

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com