FILED
12/1/17 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 16-23164-GLT |
| | : | Chapter 11 |
| DAVID W. YURKOVICH, | : | |
| | : | Related to Dkt. Nos. 88, 89 |
| *Debtor*. | : | |
| | : | Hearing: 12/21/17 |

## **ORDER**

This matter came before the Court as a continued confirmation hearing to consider approval of the Debtor's *Disclosure Statement to Accompany Plan dated June 22, 2017* [Dkt. No. 88] and *Plan of Reorganization dated June 22, 2017* [Dkt. No. 89]. The Internal Revenue Service ("I.R.S.") filed an objection [Dkt. No. 94] to confirmation.

After a hearing on November 30, 2017 and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. On or before **December 7, 2017**, the Debtor shall file an amended Schedule E/F to address the claim of NextWave Enterprise, LLC.

2. On or before **December 7, 2017**, the I.R.S. shall file a stipulation or consent order indicating it is no longer a creditor in this case.

3. On or before **December 7, 2017**, the Debtor shall submit a proposed confirmation order.

4. The confirmation hearings on the Debtor's *Disclosure Statement to Accompany Plan dated June 22, 2017* [Dkt. No. 88] and *Plan of Reorganization dated June 22, 2017* [Dkt. No. 89] are continued to **December 21, 2017 at 10:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219. If the parties timely comply with the items in ¶¶ 1–3, the Court will consider entering a confirmation order without further hearing.

Dated: November 30, 2017

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Debtor
Debtor's counsel
Mailing matrix
I.R.S.
U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23164-GLT
David W. Yurkovich                                                      Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2            Date Rcvd: Dec 01, 2017
                              Form ID: pdf900         Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
```
db             +David W. Yurkovich,    35 Carson Street,    Belle Vernon, PA 15012-1001
sp             #+David W. Yurkovich,    Kraemer, Manes & Associates, LLC,    U.S. Steel Tower,
                 600 Grant Street, Suite 660,    Pittsburgh, PA 15219-2703
cr             +John D. Carson, Inc.,    1029 Forest Avenue,    West Homestead, PA 15120-1118
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1906
acc            +Wilke & Associates, LLP,    1721 Cochran Road, Suite 200,    Pittsburgh, PA 15220-1002
14280397       +Barclays Card,    P.O. Box 13337,    Philadelphia, PA 19101-3337
14303673        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14280399        Caterpillar Financial,    2121 West End Ave.,    Nashville, TN 37203
14356590        Caterpillar Financial Commercial Account Corporati,    2120 West End Ave, Nashville TN, 37203
14280400        Chase Card,    Card Member Services,    PO Box 94014,    Palatine, IL 60094-4014
14298615       +Cintas,    320 Westec Drive,    Mount Pleasant, PA 15666-2762
14287076       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14333115       +Deere Credit Inc.,    PO Box 6600,    Johnston, IA 50131-6600
14338745       +G. F. Allan,    P.O. Box 2049,    Buckhannon, WV 26201-7049
14280404        Groff Tractor,    963 N. Center Avenue,    New Stanton, PA 15672
14315684       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14280405        John Deere Financial,    6400 NW 86th Street,    PO Box 6600,    Johnston, IA 50131-6600
14280406       +John Deere Power Plan,    P.O. Box 5328,    8402 Excelsior Drive,    Madison, WI 53717-1909
14298616        Lexus Financial,    P.O. Box 3025,    Coraopolis, PA 15108
14280408       +Louis Ruscitto,    555 Sugar Camp Rd.,    Venetia, PA 15367-1130
14298617       +NEPA,    33 Route 660,    Mansfield, PA 16933-8865
14280409       +Nextwave Enterprises,    5757 Blue Lagoon Dr.,    Miami, FL 33126-2615
14280410       +Pearl Beta,    100 William Street,    9th Floor,    New York, NY 10038-5056
14280411       +RECO Equipment Inc.,    20620 Route 19 North,    Cranberry Twp, PA 16066-6001
14298620       +SWPA,    322 North Shore Drive,    Building 1B, Suite 223,    Pittsburgh, PA 15212-5870
14294854       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14280412       +Wells Fargo,    P.O. Box 997517,    Sacramento, CA 95899-7517
14297383        Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
14280413       +Yellowstone Capital,    1 Evertrust Plaza,    14th Floor,    Jersey City, NJ 07302-3088
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 02 2017 01:39:01
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14280396       +E-mail/Text: ally@ebn.phinsolutions.com Dec 02 2017 01:37:57      Ally Automotive Financing,
                 PO Box 380901,    Minneapolis, MN 55438-0901
14301160        E-mail/Text: ally@ebn.phinsolutions.com Dec 02 2017 01:37:57      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14280402       +E-mail/Text: jstiller@clevelandbrothers.com Dec 02 2017 01:38:06
                 Cleveland Brothers Equipment Co.,    4565 William Penn Highway,    Murrysville, PA 15668-2016
14280403       +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 02 2017 01:38:32      Eaglemark Savings Bank,
                 P.O. Box 22048,    Carson City, NV 89721-2048
14307719        E-mail/Text: cio.bncmail@irs.gov Dec 02 2017 01:38:02      Internal Revenue Service,
                 P O Box 7346,    Philadelphia, PA 19101-7346
14283988        E-mail/Text: bnc-quantum@quantum3group.com Dec 02 2017 01:38:06
                 Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
14298618       +E-mail/Text: rfall@rrblaw.com Dec 02 2017 01:38:20      Raphael Ramsden & Behers, P.C.,
                 1200 Frick Building,    437 Grant Street,    Pittsburgh, PA 15219-6100
14302883       +E-mail/Text: rfall@rrblaw.com Dec 02 2017 01:38:20      Raphael, Ramsden & Behers,
                 437 Grant Street, Suite 1200,    Pittsburgh, PA 15219-6100
14301055        E-mail/PDF: rmscedi@recoverycorp.com Dec 02 2017 01:39:01
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14298619       +E-mail/Text: jennifer_morris@ryder.com Dec 02 2017 01:38:02      Ryder Transportation,
                 P.O. Box 96723,    Chicago, IL 60693-6723
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Citizens Bank, N.A.
cr              Toyota Lease Trust
14280398*      +Barclays Card,    P.O. Box 13337,    Philadelphia, PA 19101-3337
14280401*       Chase Card,    Card Member Services,    PO Box 94014,    Palatine, IL 60094-4014
```

```
District/off: 0315-2          User: culy              Page 2 of 2              Date Rcvd: Dec 01, 2017
                              Form ID: pdf900         Total Noticed: 40

14280407      ##+Laurel Aggregates,    200 Lakewood Center, Suite 270,    Morgantown, WV 26508-4457
                                                                         TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
              Francis E. Corbett    on behalf of Creditor    John D. Carson, Inc. fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Joseph S. Sisca,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee   Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor    Citizens Bank, N.A. kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert O Lampl    on behalf of Debtor David W. Yurkovich rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
                                                                                             TOTAL: 7