**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID W. YURKOVICH,  Bankruptcy No. 16-23164-GLT

Debtor.  Chapter 11

Related to Doc. Nos.: 88, 89 and 123

Document No.

Plan Confirmation Date & Time:
December 21, 2017 at 10:00 a.m.

## CONFIRMATION ORDER

The Court finds that all applicable provisions of the Bankruptcy Code have been met. It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Plan of Reorganization dated June 22, 2017, be and hereby is **CONFIRMED,** as modified by the stipulation entered into between the Debtor and the United States of America, Internal Revenue Service.


DATE: _____    _____
Gregory L. Taddonio
United States Bankruptcy Court Judge