Case 16-23164-GLT    Doc 149    Filed 12/08/17    Entered 12/08/17 11:53:50    Desc Main
Document      Page 1 of 1

FILED
12/8/17 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAVID W. YURKOVICH,                    Bankruptcy No. 16-23164-GLT

　　　　Debtor.                          Chapter 11

　　　　　　　　　　　　　　　　　　　　Related to Doc. Nos.: 88 and 89


　　　　　　　　　　　　　　　　　　　　Plan Confirmation Date & Time:
　　　　　　　　　　　　　　　　　　　　December 21, 2017 at 10:00 a.m.

## MODIFIED CONFIRMATION ORDER

　　　　The Court finds that all applicable provisions of the Bankruptcy Code have been met. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the *Disclosure Statement to Accompany Plan dated June 22, 2017* [Dkt. No. 88] is approved on a final basis, and the *Plan of Reorganization Dated June 22, 2017* [Dkt. No. 89] is **CONFIRMED**, as modified by the stipulations entered into between the Debtor and the United States of America, Internal Revenue Service [Dkt. No. 144].

　　　　The hearing set for December 21, 2017 is **CANCELLED**.


Dated:  December 8, 2017            _____
                                    Gregory L. Taddonio        cgt
                                    United States Bankruptcy Court Judge


Case Administrator to serve:  Robert O. Lampl, Esq.