Form 006

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David W. Yurkovich** | : | Case No. 16–23164–GLT |
| *Debtor(s)* | : | |
| | : | Chapter: 11 |
| | : | |
| | : | |
| | : | |

## ORDER

*AND NOW,* this ***The 6th of December, 2017***, the Debtor(s) having filed an ***Amendment to Schedule* F [Dkt. No. 141] Re: New Wave Enterprises, LLC** filed on **December 4, 2017,**

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    The Debtor(s) shall *immediately* serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

(2)    On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

(3)    ***On or before January 5, 2018 or the date set forth in the Section 341 Meeting Notice***, whichever is later, any ***Objection to Discharge*** (if applicable), ***Request for a 341 Meeting*** (if applicable), and/or ***Objections to Exemptions*** shall be filed.

(4)    If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

(5)    ***FAILURE TO SERVE*** the appropriate documents and file a timely ***Certificate of Service*** will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

(6)    If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

Dated: December 6, 2017

cm: Debtor
    Counsel for Debtor

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David W. Yurkovich
    Debtor

Case No. 16-23164-GLT
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: ctak     Page 1 of 1     Date Rcvd: Dec 06, 2017
                      Form ID: 006    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
db          +David W. Yurkovich,   35 Carson Street,   Belle Vernon, PA 15012-1001
sp         #+David W. Yurkovich,   Kraemer, Manes & Associates, LLC,   U.S. Steel Tower,
            600 Grant Street, Suite 660,   Pittsburgh, PA 15219-2703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
         Francis E. Corbett    on behalf of Creditor   John D. Carson, Inc. fcorbett@fcorbettlaw.com,
        fcorbett7@gmail.com
         James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
       Internal Revenue Service jill.locnikar@usdoj.gov,
      patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
         Joseph S. Sisca,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
       of the United States Trustee joseph.s.sisca@usdoj.gov
         Keri P. Ebeck    on behalf of Creditor    Citizens Bank, N.A. kebeck@weltman.com,
       jbluemle@weltman.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Robert O Lampl    on behalf of Debtor David W. Yurkovich rol@lampllaw.com,
      jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
                                                                                             TOTAL: 7