**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **DAVID W. YURKOVICH,** | **Bankruptcy No. 16-23164-GLT** |
| Debtor. | Chapter 11 |
| **DAVID W. YURKOVICH,** | Document No. |
| Movant, | Related to Doc. Nos. 149, 151 |
| vs. | |
| **NO RESPONDENT.** | |

**REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED**

**CHAPTER 11 CASES**

  X   Plan Confirmed          ___ Plan Not Confirmed

If plan was confirmed and the case is still in Chapter 11, what percentage dividend was (or is) to be paid under the plan to the general unsecured class of creditors?  10%

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief and that all estimated payments have been designated appropriately as such.

| December 11, 2017 | David L. Fuchs | */s/ David L. Fuchs* |
|---|---|---|
| Date | Preparer | Signature |

Dated:  December 11, 2017

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
960 Penn Avenue, Suite 1200
Counsel for the Debtor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com