IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAVID W. YURKOVICH,

Debtor.

Bankruptcy No. 16-23164-GLT

Chapter 11

Document No.

Related to Doc. Nos. 88,89,149,151

Plan Confirmation Date & Time:
December 21, 2017 at 10:00 a.m.
(Hearing is Cancelled)

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney hereby certify that on the 11th day of December, 2017, a true and correct copy of the **POST-CONFIRMATION ORDER AND NOTICE OF DEADLINES** and **MODIFIED CONFIRMATION ORDER** was served upon the following *(via First-Class U.S. Mail)*:

*SEE ATTACHED COMPLETE CLERK'S OFFICE MAILING MATRIX*

Date: December 11, 2017

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

```
Label Matrix for local noticing          Ally Automotive Financing           Ally Financial
0315-2                                   PO Box 380901                       PO Box 130424
Case 16-23164-GLT                        Minneapolis, MN 55438-0901          Roseville MN 55113-0004
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Dec 11 09:52:02 EST 2017

Barclays Card                            Capital One Bank (USA), N.A.        Caterpillar Financial
P.O. Box 13337                           PO Box 71083                        2121 West End Ave.
Philadelphia, PA 19101-3337              Charlotte, NC  28272-1083           Nashville, TN 37203


Caterpillar Financial Commercial Account Cor   Chase Card                    Cintas
2120 West End Ave, Nashville TN, 37203         Card Member Services          320 Westec Drive
                                               PO Box 94014                  Mount Pleasant, PA 15666-2762
                                               Palatine, IL 60094-4014


Citizens Bank N.A.                       Cleveland Brothers Equipment Co.    Francis E. Corbett
1 Citizens Drive Mailstop ROP15B         4565 William Penn Highway           310 Grant Street, Suite 1420
Riverside, RI 02915-3019                 Murrysville, PA 15668-2016          Pittsburgh, PA 15219-2234


Deere Credit Inc.                        Eaglemark Savings Bank              Keri P. Ebeck
PO Box 6600                              P.O. Box 22048                      Weltman, Weinberg & Reis, LPA
Johnston, IA 50131-6600                  Carson City, NV 89721-2048          436 Seventh Avenue
                                                                             Suite 2500
                                                                             Pittsburgh, PA 15219-1842


G. F. Allan                              Groff Tractor                       Harley-Davidson Credit Corp.
P.O. Box 2049                            963 N. Center Avenue                PO Box 9013
Buckhannon, WV 26201-7049                New Stanton, PA 15672               Addison, Texas 75001-9013


Internal Revenue Service                 Internal Revenue Service            John D. Carson, Inc.
Special Procedures Division              P O Box 7346                        1029 Forest Avenue
P.O. Box 628                             Philadelphia, PA 19101-7346         West Homestead, PA 15120-1118
Bankruptcy Section
Pittsburgh, PA 15230


John Deere Financial                     John Deere Power Plan               Robert O Lampl
6400 NW 86th Street                      P.O. Box 5328                       Robert O Lampl Law Office
PO Box 6600                              8402 Excelsior Drive                Benedum Trees Building
Johnston, IA 50131-6600                  Madison, WI 53717-1909              223 Fourth Avenue, 4th Floor
                                                                             Pittsburgh, PA 15222-1717


Laurel Aggregates                        Lexus Financial                     Jill Locnikar
200 Lakewood Center, Suite 270           P.O. Box 3025                       U.S. Attorney's Office
Morgantown, WV 26508-4457                Coraopolis, PA 15108                700 Grant Street, Suite 4000
                                                                             Pittsburgh, PA 15219-1955


Louis Ruscitto                           NEPA                                Nextwave Enterprises
555 Sugar Camp Rd.                       33 Route 660                        5757 Blue Lagoon Dr.
Venetia, PA 15367-1130                   Mansfield, PA 16933-8865            Miami, FL 33126-2615
```

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pearl Beta<br>100 William Street<br>9th Floor<br>New York, NY 10038-5056 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Quantum3 Group LLC as agent for<br>Sterling Jewelers Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | RECO Equipment Inc.<br>20620 Route 19 North<br>Cranberry Twp, PA 16066-6001 | Raphael Ramsden & Behers, P.C.<br>1200 Frick Building<br>437 Grant Street<br>Pittsburgh, PA 15219-6100 |
| Raphael, Ramsden & Behers<br>437 Grant Street, Suite 1200<br>Pittsburgh, PA 15219-6100 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Ryder Transportation<br>P.O. Box 96723<br>Chicago, IL 60693-6723 | SWPA<br>322 North Shore Drive<br>Building 1B, Suite 223<br>Pittsburgh, PA 15212-5870 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| United States of America Department of the T<br>c/oOffice of U.S. Atty for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219-1906 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Wells Fargo<br>P.O. Box 997517<br>Sacramento, CA 95899-7517 |
| Wells Fargo Bank N.A.,<br>d/b/a Wells Fargo Dealer Services<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wilke & Associates, LLP<br>1721 Cochran Road, Suite 200<br>Pittsburgh, PA 15220-1002 | Yellowstone Capital<br>1 Evertrust Plaza<br>14th Floor<br>Jersey City, NJ 07302-3088 |
| David W. Yurkovich<br>35 Carson Street<br>Belle Vernon, PA 15012-1001 | David W. Yurkovich<br>Kraemer, Manes & Associates, LLC<br>U.S. Steel Tower<br>600 Grant Street, Suite 660<br>Pittsburgh, PA 15219-2703 | Joseph S. Sisca, on Behalf of the United Sta<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citizens Bank, N.A. | (u)Toyota Lease Trust | End of Label Matrix<br>Mailable recipients    50<br>Bypassed recipients     2<br>Total                   52 |