IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAVID W. YURKOVICH,                    Bankruptcy No. 16-23164-GLT

      Debtor.                              Chapter 11

                                Document No.


MONTHLY OPERATING REPORT OF DEBTOR
FOR THE PERIOD NOVEMBER 1, 2017 – NOVEMBER 30, 2017

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Yurkovich, David W.                                             Case No. 16-23164-GLT

Reporting Period: _November 2017_

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)
### File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR- 5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____                    12-14-17
Signature of Debtor                                Date

_____                    _____
Signature of Joint Debtor                          Date

_____                    _____
Signature of Preparer                              Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Yurkovich, David W.

Case No. 16-23164-GLT

Debtor

Reporting Period: _Nov 2017_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actuals | Cumulative Filing to Date Actuals |
|---|---|---|
| Cash - Beginning of Month | 1774.25 | 9721.53 |
| **RECEIPTS** | | |
| Wages (Net) | 1903.25 | 21259.72 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 1903.25 | 21259.72 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 600 | 8800 |
| Other Secured Note Payments | | |
| Utilities | 250 | 3185 |
| Insurance | 238.37 | 3075.87 |
| Auto Expense | 150 | 2581.53 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 317.95 |
| Medical Expenses | | |
| Household Expenses | 250 | 2975 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 153.96 |
| Travel and Entertainment | 350 | 1601.59 |
| Gifts | 139.84 | 139.84 |
| Other (attach schedule) Lexington Law | 99.95 | 1969.51 |
| **Total Ordinary Disbursements** | 2078.16 | 24800.25 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 650 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 650 |
| **Total Disbursements (Ordinary + Reorganization)** | 2078.16 | 25450.25 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | |
| Cash - End of Month (Must equal reconciled bank statement) | 1644.95 | |

FORM MOR-1(INDV)
(9/99)

Yurkovich, David W.

      Debtor

Case No. 16-23164-GLT

Reporting Period: Nov 2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF OTHER CATEGORY | Current Month Actual | Cumulative-Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Yurkovich, David W.

        Debtor

Case No. 16-23164-GLT

Reporting Period: _Nov 2017_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | 297 | 297 | Nov 17 | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:   Medα.SS | | 191.25 | 191.25 | | | |
|   Total Federal Taxes | | 488.25 | 488.25 | Nov 17 | | |
| **State and Local** | | | | | | |
| Withholding | | 76.75 | 76.75 | Nov 17 | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:   City | | 25.00 | 25.00 | Nov 17 | | |
|   Total State and Local | | 101.75 | 101.75 | | | |
| **Total Taxes** | | 590 | 590 | Nov 17 | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Yurkovich, David W.

        Debtor

Case No. 16-23164-GLT

Reporting Period: __Nov 2017__

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | Y | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



DAVID W YURKOVICH
35 CARSON ST
BELLE VERNON PA 15012-1001

*Have a Question or Concern?*

Stop by your nearest  Customer
Huntington office or  Information
contact us at:       Privacy Notice

1-800-480-BANK (2265)

www.huntington.com

## *Asterisk-Free Checking Account*                           *Account*

Statement Activity From:
11/07/17 to 12/05/17

| | |
|---|---:|
| **Beginning Balance** | $1,774.25 |
| Credits (+) | 1,903.25 |
| Debits (-) | 2,032.55 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$1,644.95** |
| Average Balance | 1,975.13 |
| Low Balance | 1,519.30 |

## *Deposit / Credit Activity (+)*                           *Accoun*

| Date | Description | Amount |
|---|---|---:|
| 11/17 | MOBILE CHECK DEPOSIT | 380.65 |
| 11/17 | MOBILE CHECK DEPOSIT | 380.65 |
| 11/17 | MOBILE CHECK DEPOSIT | 380.65 |
| 11/28 | MOBILE CHECK DEPOSIT | 380.65 |
| 12/04 | MOBILE CHECK DEPOSIT | 380.65 |

## *Debit Card / POS Activity (-)*                           *Account*

| Date | Description | Amount |
|---|---|---:|
| 11/09 | PURCHASE LEXINGTON LAW 8003418 LEXINGTON LAW 8003418 800-3418441 UT 5175458101264255 | 99.95 |
| 11/20 | PURCHASE THE CARLTON THE CARLTON PITTSBURGH PA 5175458101264255 | 350.00 |
| 11/20 | PURCHASE AM EAGLE OTFIT AM EAGLE OTFIT GREENSBURG PA 5175458101264255 | 139.84 |
| 11/22 | PURCHASE THE MON VALLEY INDEPEN THE MON VALLEY INDEPEN 7243140030 PA 5175458101264255 | 17.00 |
| 11/24 | PURCHASE TARGET T-120 Matt TARGET T-120 Matt Uniontown PA 5175458101264255 | 7.83 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.   ⌂® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method.    ©2017 Huntington Bancshares Incorporated.



## Debit Card / POS Activity (-)                                        *Account.*

| Date  | Description | Amount |
|-------|-------------|--------|
| 11/27 | PURCHASE GEICO *AUTO GEICO *AUTO 800-841-3000 DC 5175458101264255 | 238.37 |
| 12/05 | PURCHASE GEICO *AUTO GEICO *AUTO MACON DC 5175458101264255 | 700.09 |

## Other Withdrawal / Debit Activity (-)                                *Accou*

| Date  | Description | Amount |
|-------|-------------|--------|
| 11/08 | PAYPAL INST XFER 171107 WIKIMEDIAFO | 5.00 |
| 11/14 | ALLY ALLY PAYMT 111317 004926139439021 | 150.00 |
| 11/27 | PAYPAL INST XFER 171126 DEAN FLOOR | 274.99 |
| 12/05 | PAYPAL INST XFER 171203 THREE TEN | 49.48 |

## Asterisk-Free Checking Balance Activity                              *Accour*

| Date  | Balance  | Date  | Balance  | Date  | Balance  |
|-------|----------|-------|----------|-------|----------|
| 11/06 | 1,774.25 | 11/17 | 2,661.25 | 11/27 | 1,633.22 |
| 11/08 | 1,769.25 | 11/20 | 2,171.41 | 11/28 | 2,013.87 |
| 11/09 | 1,869.30 | 11/22 | 2,154.41 | 12/04 | 2,394.52 |
| 11/14 | 1,519.30 | 11/24 | 2,146.58 | 12/05 | 1,644.95 |

---

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-BANK or call toll free 1-800-480-BANK, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name and account number (if any).
    2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    3. Tell us the dollar amount of the suspected error.

We will investigate your complaint or question and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This time period will be 20 business days (instead of 10 business days) if your complaint or question involves a transaction: (i) that was not initiated in any state, territory, or possession of the United States; or (ii) that was a point of sale transaction (other than the purchase of postage stamps from a Huntington ATM); or (iii) that was a Check Card merchant transaction.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

---

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID W. YURKOVICH,                                    Bankruptcy No. 16-23164-GLT

        Debtor.                                              Chapter 11

                                       Document No.

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl hereby certify, that on the 15th day of December, 2017, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Date: <u>December 15, 2017</u>                        */s/ Robert O Lampl*
                                             ROBERT O LAMPL
                                             PA I.D. #19809
                                             JOHN P. LACHER
                                           PA I.D. #62297
                                           DAVID L. FUCHS
                                           PA I.D. #205694
                                           RYAN J. COONEY
                                           PA I.D. #319213
                                           SY O. LAMPL
                                           PA I.D. # 324741
                                           Counsel for the Debtor
                                         223 Fourth Avenue, 4th Floor
                                         Pittsburgh, PA  15222
                                         (412) 392-0330 (phone)
                                         (412) 392-0335 (facsimile)
                                         Email:  rlampl@lampllaw.com