FILED
12/29/17 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>David W. Yurkovich<br>　　　　　　　　　Debtor<br><br>Toyota Lease Trust<br>　　　　　　　　　Movant<br>　　vs.<br><br>David W. Yurkovich<br>　　　　　　　　　Respondent | Case No. 16-23164 GLT<br><br>CHAPTER 11<br><br>Related to Document 135<br><br>Hearing date & time:<br>January 4, 2018 @ 10:00 a.m. |

## ORDER OF COURT

AND NOW, this __29th__ day of __December__, 201_7_, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is withdrawn without prejudice.

BY THE COURT:

_____J.
U.S. Bankruptcy Judge        hct

Consented to by:

| | |
|---|---|
| **/s/ David L. Fuchs, Esquire**<br>David L. Fuchs, Esquire<br>Attorney for Debtor<br>Benedum Trees Building<br>223 Fourth Avenue, 4th Floor<br>Pittsburgh, PA 15222<br>Phone: 412-392-0330<br>dfuchs@lampllaw.com | **/s/ James C. Warmbrodt, Esquire**<br>James C. Warmbrodt, Esquire<br>Attorney for Movant<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Phone: 215-627-1322<br>jwarmbrodt@kmllawgroup.com |

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-23164-GLT
David W. Yurkovich                                              Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy              Page 1 of 1            Date Rcvd: Dec 29, 2017
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
```
db            +David W. Yurkovich,    35 Carson Street,    Belle Vernon, PA 15012-1001
              +David L. Fuchs, Esq.,   Benedum Trees Building,   223 Fourth Ave., 4th Fl.,
                Pittsburgh, PA 15222-1717
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2017 at the address(es) listed below:
```
          Francis E. Corbett    on behalf of Creditor    John D. Carson, Inc. fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Joseph S. Sisca,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
           of the United States Trustee joseph.s.sisca@usdoj.gov
          Keri P. Ebeck    on behalf of Creditor    Citizens Bank, N.A. kebeck@weltman.com,
           jbluemle@weltman.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert O Lampl    on behalf of Debtor David W. Yurkovich rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
           com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
                                                                                             TOTAL: 7
```