IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAVID W. YURKOVICH,                              Bankruptcy No. 16-23164-GLT

           Debtor.                               Chapter 11

DAVID W. YURKOVICH,                              Document No.

           Movant,                               Related to Doc. Nos.: 149 & 151
vs.

NO RESPONDENT.

<u>POST-CONFIRMATION STATUS REPORT</u>

AND NOW, comes the Debtor, David W. Yurkovich by and through his

undersigned counsel, and files the within **Post- Confirmation Status Report**, and in

support thereof, states as follows:

1.  On December 8, 2017, this Honorable Court entered a Post-Confirmation

Order and Notice which required the Debtor to file a Status Report setting forth the

actions taken by the Debtor and the progress made in the consummation of the plan.

2.  In that regard, the Debtor states the following:

   a.  The Debtor has requested a Certificate of Costs, and the Clerk has

       issued the Certificate of Costs;

   b.  The Debtor is preparing to commence making payments pursuant to

       the Plan and the stipulations entered regarding the Plan;

   c.  The Debtor is preparing to file a Motion for Final Decree, which the

       Debtor intends to file shortly after the commencement of Plan

       payments.

Respectfully Submitted,


Dated:   January 17, 2018                          /s/ Robert O Lampl
                                                   ROBERT O LAMPL
                                                   PA I.D. #19809
                                                   JOHN P. LACHER
                                                   PA I.D. #62297
                                                   DAVID L. FUCHS
                                                   PA I.D. #205694
                                                   RYAN J. COONEY
                                                   PA I.D. #319213
                                                   223 Fourth Avenue, 4th Floor
                                                   Pittsburgh, PA  15222
                                                   (412) 392-0330 (phone)
                                                   (412) 392-0335 (facsimile)
                                                   Email: rlampl@lampllaw.com
                                                   Counsel for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAVID W. YURKOVICH,                          Bankruptcy No. 16-23164-GLT

        Debtor.                          Chapter 11

DAVID W. YURKOVICH,                          Document No.

        Movant,                          Related to Doc. Nos.: 149 & 151
vs.

NO RESPONDENT.

### CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney, hereby

certify, that on the 17th day of January, 2018, a true and correct copy of the foregoing

**Post- Confirmation Status Report** was served on the following *(via electronic service):*

Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Dated:   <u>January 17, 2018</u>                          <u>*/s/ Robert O Lampl*</u>
                                                         ROBERT O LAMPL
                                                         PA I.D. #19809
                                                         JOHN P. LACHER
                                                         PA I.D. #62297
                                                         DAVID L. FUCHS
                                                         PA I.D. #205694
                                                         RYAN J. COONEY
                                                         PA I.D. #319213
                                                         223 Fourth Avenue, 4th Floor
                                                         Pittsburgh, PA  15222
                                                         (412) 392-0330 (phone)
                                                         (412) 392-0335 (facsimile)
                                                         Email: rlampl@lampllaw.com
                                                         Counsel for the Debtor