## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

**DAVID W. YURKOVICH,**

      **Debtor.**

**DAVID W. YURKOVICH,**

         **Movant,**

  **vs.**

**NO RESPONDENT.**

**Bankruptcy No. 16-23164-GLT**

**Chapter 11**

**Document No.**

**Related to Doc. Nos.: 164, 165**

**Hearing Date & Time:**
**April 5, 2018 at 10:00 a.m.**

### CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney hereby certify that on the 1th day of March, 2018, a true and correct copy of the **NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION FOR FINAL DECREE** and **MOTION FOR FINAL DECREE** was served upon the following *(via First-Class U.S. Mail)*:

*SEE ATTACHED COMPLETE CLERK'S OFFICE MAILING MATRIX*

Date: <u>March 5, 2018</u>

           /s/ Robert O Lampl
           ROBERT O LAMPL
           PA I.D. #19809
           JOHN P. LACHER
           PA I.D. #62297
           DAVID L. FUCHS
           PA I.D. #205694
           RYAN J. COONEY
           PA I.D. #319213
           Counsel for the Debtor
           223 Fourth Avenue, 4th Floor
           Pittsburgh, PA  15222
           (412) 392-0330 (phone)
           (412) 392-0335 (facsimile)
           Email:  rlampl@lampllaw.com

Label Matrix for local noticing
0315-2
Case 16-23164-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Mar  5 09:05:19 EST 2018

Ally Automotive Financing
PO Box 380901
Minneapolis, MN 55438-0901

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Barclays Card
P.O. Box 13337
Philadelphia, PA 19101-3337

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Caterpillar Financial
2121 West End Ave.
Nashville, TN 37203

Caterpillar Financial Commercial Account Cor
2120 West End Ave, Nashville TN, 37203

Chase Card
Card Member Services
PO Box 94014
Palatine, IL 60094-4014

Cintas
320 Westec Drive
Mount Pleasant, PA 15666-2762

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915-3019

Cleveland Brothers Equipment Co.
4565 William Penn Highway
Murrysville, PA 15668-2016

Francis E. Corbett
310 Grant Street, Suite 1420
Pittsburgh, PA 15219-2234

Deere Credit Inc.
PO Box 6600
Johnston, IA 50131-6600

Eaglemark Savings Bank
P.O. Box 22048
Carson City, NV 89721-2048

G. F. Allan
P.O. Box 2049
Buckhannon, WV 26201-7049

Groff Tractor
963 N. Center Avenue
New Stanton, PA 15672

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001-9013

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

John D. Carson, Inc.
1029 Forest Avenue
West Homestead, PA 15120-1118

John Deere Financial
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600

John Deere Power Plan
P.O. Box 5328
8402 Excelsior Drive
Madison, WI 53717-1909

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1717

Laurel Aggregates
200 Lakewood Center, Suite 270
Morgantown, WV 26508-4457

Lexus Financial
P.O. Box 3025
Coraopolis, PA 15108

Jill Locnikar
U.S. Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1955

Louis Ruscitto
555 Sugar Camp Rd.
Venetia, PA 15367-1130

NEPA
33 Route 660
Mansfield, PA 16933-8865

Nextwave Enterprises
5757 Blue Lagoon Dr.
Miami, FL 33126-2615

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pearl Beta
100 William Street
9th Floor
New York, NY 10038-5056

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
Sterling Jewelers Inc
PO Box 788
Kirkland, WA  98083-0788

RECO Equipment Inc.
20620 Route 19 North
Cranberry Twp, PA 16066-6001

Raphael Ramsden & Behers, P.C.
1200 Frick Building
437 Grant Street
Pittsburgh, PA 15219-6100

Raphael, Ramsden & Behers
437 Grant Street, Suite 1200
Pittsburgh, PA 15219-6100

Recovery Management Systems Corporation
25 S.E. Second Avenue
Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Ryder Transportation
P.O. Box 96723
Chicago, IL 60693-6723

SWPA
322 North Shore Drive
Building 1B, Suite 223
Pittsburgh, PA 15212-5870

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

United States of America Department of the T
c/oOffice of U.S. Atty for W.D. of PA
U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

James P. Valecko
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219-1842

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Wells Fargo
P.O. Box 997517
Sacramento, CA 95899-7517

Wells Fargo Bank N.A.,
d/b/a Wells Fargo Dealer Services
PO Box 19657
Irvine, CA 92623-9657

Wilke & Associates, LLP
1721 Cochran Road, Suite 200
Pittsburgh, PA 15220-1002

Yellowstone Capital
1 Evertrust Plaza
14th Floor
Jersey City, NJ 07302-3088

David W. Yurkovich
35 Carson Street
Belle Vernon, PA 15012-1001

David W. Yurkovich
Kraemer, Manes & Associates, LLC
U.S. Steel Tower
600 Grant Street, Suite 660
Pittsburgh, PA 15219-2703

Joseph S. Sisca, on Behalf of the United Sta
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Citizens Bank, N.A.

(u)Toyota Lease Trust

End of Label Matrix
Mailable recipients    50
Bypassed recipients     2
Total                  52