# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| DAVID W. YURKOVICH, | Bankruptcy No. 16-23164-GLT |
| Debtor. | Chapter 11 |
| DAVID W. YURKOVICH, | Document No. |
| Movant, | Related to Doc. Nos.: 164, 165, 168 |
| vs. | |
| NO RESPONDENT. | Hearing Date & Time:<br>April 5, 2018 at 10:00 a.m. |

## CERTIFICATE OF NO OBJECTION REGARDING
## MOTION FOR FINAL DECREE

Robert O Lampl, Counsel for the Debtor, hereby certifies that:

1. The Motion for Final Decree was filed with the Bankruptcy Court on March 1, 2018 at Document No. 164.

2. The Objection Deadline of March 19, 2018 has passed and no objections or responses appear on the docket or were served on Robert O Lampl or anyone from Robert O Lampl Law Office.

Respectfully Submitted,

Date:  March 20, 2018                /s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com